**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHAEL CRUZ, on behalf of himself and all others similarly situated,

               Plaintiffs,

-against-

KAVU, INC.

               Defendant.

Case No. 1:20-cv-05965-LGS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            September 15, 2020

So Ordered.

Dated: September 16, 2020
        New York, New York

Respectfully submitted,

*/s/ Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**